# Order

**Lansing, Michigan**

December 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143499

IN RE PAROLE OF
JUSTIN CLARENCE ALDRED, JR.                    SC:  143499
_____                COA:  300391


      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of August 10, 2011, the Clerk of the Court is hereby directed to close this file.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2011

jam

Clerk